## 12035

### YOUNGBLOOD v. TOWN OF YORK

#### (134 S. E., 1)

MUNICIPAL CORPORATIONS.—City employee cannot recover for injuries caused by falling of electric light pole on which he was working which, although belonging to city, was situated on private property.

Before MEMMINGER, J., York, April, 1925. Affirmed.

Action by Clem Youngblood against the Town of York. Judgment for defendant, and plaintiff appeals.

Plaintiff brought action for personal injuries alleged to have been sustained while in defendant's employ as a laborer in the water and light department. The injury was caused by the breaking and falling of an electric light pole on which

plaintiff was working. Judgment of the Circuit Court granting a nonsuit was based on the ground that the testimony showed the electric light pole, although belonging to the Town of York, was situated on private property, and not on any street of the town, citing as authority therefor *Hiott v. Town of Walterboro,* 127 S. C., 251; 119 S. E., 869. *Dunn v. Barnwell,* 43 S. C., 398; 21 S. E., 315; 49 Am. St. Rep., 843. *Hutchinson v. Summerville,* 66 S. C., 448; 45 S. E., 8. *Bryant v. Orangeburg,* 70 S. C., 142; 49 S. E., 229.

*Messrs. Marion & Finley,* for appellants, cite: *Actions against municipal corporations allowed for injuries caused by defects in public ways; application of the statute:* Civ. Code, 1922, Sec. 4478; 119 S. E., 869; 111 S. C., 7; 93 S. E., 180; 91 S. E., 203; 104 S. C., 374; 104 S. C., 116; 94 S. C., 378; 89 S. C., 520; 70 S. C., 142; 58 S. C., 413. *What are "public ways":* 80 S. C., 380; 74 S. C., 424; 54 S. C., 299; 39 S. C., 25; 33 S. C. L., 66; 37 Cyc., 14, 17, 20, and 22; 8 R. C. L., 900. *Street not in repair when poles and wires are dangerous:* 89 S. C., 520. *Cases distinguished:* 119 S. E., 869; 132 S. E., 678. *Public nature of alley is question of fact:* 124 S. C., 314; 124 S. C., 32; 117 S. C., 291; 115 S. E., 200; 28 Cyc., 1500.

*Mr. Jno. R. Hart,* for respondent, cites: *What are "public ways":* 128 S. C., 338; 106 S. C., 224; 34 S. C., 144; 11 S. C., 369; 2 Hill Law, 642, note; 2 Hill Law, 387; 1 McC., 243; 3 Strob. Law, 66; 1 Strob., 110. *Actions against municipal corporations allowed for injuries caused by defects in public ways; application of statute:* 127 S. C., 285; 119 S. E., 869; 111 S. C., 7; 70 S. C., 142; 66 S. C., 448; 43 S. C., 398.

July 16, 1926.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

For the reasons assigned by his Honor, Judge Memminger, in granting nonsuit herein, it is the judgment of this Court that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE and STABLER, and MR. ACTING ASSOCIATE JUSTICE C. J. RAMAGE concur.

MR. CHIEF JUSTICE GARY did not participate.